**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7425**

———————

ROGER LEE ARBOGAST,

                                        Plaintiff - Appellant,

        versus

JAMES A. CHEEKS,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Margaret B. Seymour, District Judge.
(CA-03-2221-9-24)

———————

Submitted:  January 29, 2004          Decided:  February 6, 2004

———————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Roger Lee Arbogast, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roger Lee Arbogast appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Arbogast v. Cheeks</u>, No. CA-03-2221-9-24 (D.S.C. Aug. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>